Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
4445 E. Holmes Avenue
Suite 107
Mesa, Arizona 85206-3398
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Nina Burchett,** | No. CV 09-8004-PCT-MHB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **Allstate Financial Services, et al.,** | |
| Defendants. | |

Plaintiff, by and through counsel, hereby gives notice that Plaintiff and Defendants have reached a settlement in this case which will be finalized within the next thirty days. Plaintiff will then file a notice of dismissal at that time.

/ / /

1
2       DATED   June 5, 2009  .
3
4                                           s/ Floyd W. Bybee
                                        Floyd W. Bybee, #012651
5                                       **BYBEE LAW CENTER, PLC**
                                        4445 E. Holmes Avenue
6                                       Suite 107
                                        Mesa, Arizona 85206-3398
7                                       Office:  (480) 756-8822
                                        Fax: (480) 302-4186
8                                       floyd@bybeelaw.com
9                                       Attorney for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25